277 F.2d 458
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
DISTRICT NO. 9, INTERNATIONAL ASSOCIATION OF MACHINISTS, AFL-CIO.
 No. 16410.
 United States Court of Appeals Eighth Circuit.
 Feb. 11, 1960.
 
 Thomas J. McDermott, Assoc. Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, NLRB, Washington, D.C., for petitioner.
 PER CURIAM.
 
 
 1
 Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.